IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV235

| | |
|---|---|
| PURE COUNTY WEAVERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BRISTAR, INC.; THE PARADIES ) | |
| SHOPS, INC.; JOHN AND JANE DOES ) | |
| (1-100); and ABC CORPORATIONS ) | |
| (1-100), ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on motion of the Defendant The Paradies Shops, Inc., for admission *pro hac vice* of Alison P. Danaceau, to appear as counsel in this matter, filed July 18, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and Alison P. Danaceau is hereby granted special admission to the bar of this Court, the payment of the admission fee having been received by the Clerk of this Court.

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge