**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:05CV235**


**PURE COUNTRY WEAVERS, INC.,** )
)
**Plaintiff,** )
)
**Vs.** )          **O R D E R**
)
**BRISTAR, INC.; THE PARADIES** )
**SHOPS, INC.; JOHN AND JANE DOES**     )
**(1-100); and ABC CORPORATIONS** )
**(1-100),** )
)
**Defendants.** )
_____)


  **THIS MATTER** is before the Court on the parties' stipulation of

voluntary dismissal as to the Plaintiff's claims against the Defendant The

Paradies Shops.

  All parties having consented to the dismissal,

  **IT IS, THEREFORE, ORDERED** that the Plaintiff's claims against the

Defendant The Paradies Shops only are hereby **DISMISSED** pursuant to

Fed. R. Civ. P. 41.

2

Signed: March 9, 2006

Lacy H. Thornburg
United States District Judge